UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:11-cv-14308-DLG

LISA DESMOND,

       Plaintiff,

vs.

REDLINE RECOVERY SERVICES, LLC,

       Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, LISA DESMOND, hereby notifies this Court that a settlement has been reached this day between the parties, pending final execution of settlement documents and releases.

Respectfully submitted: January 11, 2012

/s/ Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
Attorney for Plaintiff
664 East Hallandale Beach Boulevard
Hallandale, Florida 33309
Phone 954-589-0588
Fax 954-337-0666
scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11 January 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner to the counsel listed

1

below and as well as for those counsel or parties who are not authorized to receive electronically

Notices of Electronic Filing.

ERNEST H. KOHLMYER, III, ESQ.
South Milhausen, P.A
1000 Legion Place, Orlando, FL  32801
PH: 407-539-1638
Fax: 407-539-2679
skohlmyer@southmilhausen.com


By: */s/ Scott D. Owens*
Scott D. Owens, Esq.