UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:11-cv-14308-DLG

LISA F. DESMOND, individually,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,
a foreign limited liability company,

    Defendant.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The undersigned attorneys for Plaintiff and Defendant hereby give notice to this Honorable Court that the above-styled action is dismissed with prejudice.  Each side shall bear their own fees and costs, except as otherwise agreed to by the parties.  A proposed order is attached hereto as Exhibit "A."

Respectfully submitted,

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Attorney for Defendant

*s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ.**
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
(954) 589-0588 Phone
(954) 337-0666 Fax
Florida Bar No.: 0597651
scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2 February 2012, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 0110108
SOUTH MILHAUSEN, P.A.
Gateway Center
1000 Legion Place, Ste 1200
Orlando, Florida   32801
(407) 539-1638
(407) 539-2679 (fax)
skohlmyer@southmilhausen.com
Attorney for Defendant