UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:11-cv-14308-DLG

LISA F. DESMOND, individually,

   Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,
a foreign limited liability company,

   Defendant.
_____/

## ORDER DISMISSING MATTER WITH PREJUDICE

**THIS CAUSE** having come to be considered on the parties joint notification of dismissal with prejudice (DE 22) it is hereupon, ORDERED and ADJUDGED that:

1. The matter is hereby dismissed with prejudice.

2. Each side shall bear their own fees and costs, except as otherwise agreed to by the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies furnished:
To All Parties of Record